IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 13, 2010

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Benjamin L. Dodge, Esq. (#024887)
**DODGE & VEGA, PLC**
4824 E Baseline Rd, Suite 124
Mesa, Arizona 85206
Telephone: (480) 656-8333
Facsimile: (480) 656-8334
ben@dodgevegalaw.com
Attorney for Debtors.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| JEFFREY W. SCHUYLER, | Case No. 2:09-bk-25005-RJH |
| TANYA S. SCHUYLER, | **ORDER DETERMINING SECURED STATUS AND AVOIDING LIEN ON REAL PROPERTY** |
| Debtors. | |

The Motion to Determine Secured Status and Avoid Lien on Real Property having been duly filed with the Court on March 23, 2010, and notice having been given to the lienholding creditor, Citibank, N.A., as Trustee for certificateholders of SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6/EMC Mortgage, and its Statutory Agent and said Creditor having failed to file an objection or response to the Motion within the required period:

It appearing to the Court that;

1. This Court has jurisdiction pursuant to 28 U.S.C. §157, 11 U.S.C. §506;

2. Venue is proper pursuant to 28 U.S.C. §§1408, 1409;

3. The value of the Debtors' principal residence is not more than $244,200.00;

4. The first lien on the residence is held by Citibank, N.A., as Trustee for certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Alt-A Trust,

1

Dodge & Vega, PLC
4824 E. Baseline Rd, Ste 124.
Mesa, Arizona 85206
(480) 656-8333

Mortgage Pass-Through Certificates Series 2006-4/EMC Mortgage, and the amount owed it is $316,000.00;

5. Citibank, N.A., as Trustee for certificateholders of SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6/EMC Mortgage holds a second lien known as account no. 0014434401 on the Debtors' residence in the approximate amount of $77,518.00;

6. Citibank, N.A., as Trustee for certificateholders of SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6/EMC Mortgage failed to file an objection or respond within the required period.

Good cause appearing therefore, it is:

ORDERED ADJUDGED AND DECREED:

A. The relief requested in the Motion is APPROVED;

B. The entire claim of Citibank, N.A., as Trustee for certificateholders of SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6/EMC Mortgage shall be treated as an unsecured claim and shall share in any unsecured proceeds;

C. For the purposes of the Debtors' Chapter 13 Plan, the lien on real property located at 10126 E. Posada Avenue, Mesa, Arizona, 85212 and legally described as Lot 38, Santa Rita Ranch Unit 3, according to Book 475 of Maps, page 2, records of Maricopa County, Arizona, hereto is valued at zero. Citibank, N.A., as Trustee for certificateholders of SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6/EMC Mortgage does not have a secured claim and the lien may not be enforced pursuant to 11 U.S.C. §§506, 1322(b)(2) and 1327;

D. This Order shall become part of the Debtors' confirmed chapter 13 plan;

E. Upon entry of discharge in the Debtors' chapter 13 case, the lien shall be voided for all purposes and, upon application by Debtor, the Court will enter an appropriate form of judgment;

F. If Debtors' chapter 13 case is dismissed or converted to chapter 7 before Debtors obtain a discharge, this order shall cease to be effective and the lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by Citibank, N.A., as Trustee for certificateholders of SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6/EMC Mortgage, the Court will enter an appropriate form of order restoring the lien;

G. Except as provided by separate, subsequent order of this Court, the lien may not be enforced so long as this order remains in effect;

H. Each party is to bear their own costs and expenses.

DATED AND SIGNED ABOVE

Dodge & Vega, PLC
4824 E. Baseline Rd, Ste 124.
Mesa, Arizona 85206
(480) 656-8333